JOHN F. LATIMER, *Appellant*, v. E. G. TRENHOLM, CHAIR-
MAN, WILLIAM A. BOURS, P. K. WILSON, L. G. CHAPPELL
AND GEO. W. GAMBLE, MEMBERS COMPOSING AND CON-
STITUTING THE BOARD OF PILOT COMMISSIONERS OF THE
PORT OF JACKSONVILLE, FLORIDA; ARTHUR SPAULDING,
JOSEPH J. MICKLER AND T. H. STARRETT, *Appellees.*

Decision Filed July 27, 1923.

This case was decided by Division A.

An Appeal from the Circuit Court for Duval County;
Daniel A. Simmons, Judge.

*Maurice M. Scarborough,* for Appellant;

*E. J. L'Engle* and *J. W. Shands,* for Appellee.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the order herein, and briefs and argument of counsel for
the respective parties, and the record having been seen and
inspected, and the Court being now advised of its judg-
ment to be given in the premises, it seems to the Court that
there is no error in the said order; it is, therefore, con-
sidered, ordered and adjudged by the Court that the said
order of the Circuit Court be, and the same is hereby,
affirmed.

TAYLOR, C. J., AND ELLIS AND BROWNE, J. J., concur.